The People of the State of Illinois, defendant in error, v. Joe Du Bois, plaintiff in error.*
Conviction and sentence for possessing intoxicants contrary to law, on plea of guilty. Error to the County Court of Saline county; the Hon. A. G. Abney, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 10, 1924.
James B. Lewis, for plaintiff in error. Chas. H. Thompson, for defendant in error.
Mr. Presiding Justice Barry delivered the opinion of the court.

Tille Scott, administratrix, appellee, v. East St. Louis & Suburban Railway Company, appellant.*
Action for death of one engaged in interstate commerce, by wrongful act of defendant railway. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1923. Reversed with finding of facts. Opinion filed March 10, 1924.
Barthel, Farmer & Klingel, for appellant. W. E. Knowles and T. M. Webb, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

Mary Thompson, appellee, v. Laura Jones, appellant.*
Action for slander. Judgment for plaintiff on defendant's default. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 10, 1924.
E. W. Kreitner, for appellant. Charles Webb, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

John Holst, appellee, v. Christ Bischoff, appellant.*
Bill to enjoin interference with natural flow of water. Decree for complainant. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1923. Decree modified and affirmed. Opinion filed March 10, 1924.
Geers & Geers, for appellant. D. H. Mudge, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

James Steele, administrator, appellee, v. St. Louis, Springfield & Peoria Railroad, appellant.*
Action for death of one riding in automobile, caused by collision with electric train. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed March 10, 1924.
Terry, Gueltig & Powell, for appellant. Geers & Geers, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

* Received from clerk of Appellate Court, August 8, 1927.